**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6125**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JAMES LARRY BELLAMY,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, District Judge.  (7:99-cr-00049-BO-2)

Submitted:  October 31, 2023             Decided:  November 3, 2023

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Larry Bellamy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Larry Bellamy appeals from the district court's order granting his motion for compassionate release.* We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Bellamy*, No. 7:99-cr-00049-BO-2 (E.D.N.C. Jan. 25, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* Although the district court granted Bellamy's motion in part and reduced his sentence, the reduction granted by the court did not reduce his sentence to the full extent he requested.